PROB 12C
(6/16)

Report Date: May 26, 2020

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 26, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| Name of Offender: | Marnicus Antonio Lockhard | Case Number: | 0980 2:08CR06048-LRS-1 |
| Address of Offender: | | Richland, Washington 99352 | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 3, 2009

Original Offense:    Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 82 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: | January 2, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | January 2, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Lockhard is considered to be in violation of his conditions of supervised release by committing the offense of third degree rape in Benton County Superior Court, cause number 20-19147, on or about May 15, 2020.<br><br>Mr. Lockhard commenced supervised release on January 2, 2020. His conditions were reviewed and signed by him on January 6, 2020. By signing his conditions form, he indicating an understanding of mandatory condition number 2, as noted above.<br><br>The undersigned officer was notified on May 21, 2020, that Mr. Lockhard was arrested by the Kennewick Police Department and booked into the Benton County Jail on a 72-hour hold for the charge of third degree rape. Police reports were requested and received on May 26, 2020. |

Prob12C
**Re: Lockhard, Marnicus Antonio**
May 26, 2020
Page 2

According to police reports, the victim reported that Mr. Lockhard had non-consensual sexual intercourse with her at his rented room at the Motel 6 in Kennewick, Washington, on or about May 15, 2020. The victim explained she was with Mr. Lockhard at his room at the Motel 6 in Kennewick, Washington. Mr. Lockhard continually asked the victim to have sex to which she replied no as the victim stated she did not know Mr. Lockhard well enough and was not comfortable with that. The victim reported that Mr. Lockhard started to pull her clothes off and she told him again to stop. Mr. Lockhard continued to undress her until she was fully nude and then had sex with her. The victim stated she just shutdown from the situation and laid there until it was over.

The victim reported she heard Mr. Lockhard's voice outside of her residence on May 16, 2020. Hearing his voice outside her residence triggered her to call the police. The victim provided the police with the clothes and underwear she was wearing the night of the rape and they were taken into evidence. The victim also consented to a sexual assault kit on May 17, 2020, at Trios Hospital. The results from the sexual assault kit indicated the victim had bruising and a tear on her vaginal area, a small clitoral abrasion with bleeding as bright red and scant.

Court dates in Benton County Superior Court are pending as probable cause was found on May 22, 2020. Mr. Lockhard remains at the Benton County jail on the charges noted above.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/26/2020

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

May 26, 2020
Date